**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

**RANDY POLLOCK,**

    **Plaintiff,**

v.                            Civil Action 2:11-cv-00114
                                Judge Algenon L. Marbley
                                Magistrate Judge E.A. Preston Deavers

**SHERIFF GEORGE LAVENDER,** *et al.*,

    **Defendants.**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the February 27, 2012 Order, the Court ADOPTED the Report and Recommendation. Defendants' Motion for Summary Judgment was GRANTED. Plaintiff's claims are DISMISSED without prejudice.

Date: **February 27, 2012**              **James Bonini, Clerk**

                                                s/Betty L. Clark
                                                Betty L. Clark/Deputy Clerk